BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
JUL 23 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AJELLON DEDEAUX,<br>CORAL WILSON,<br>GLENN BARROWS,<br>JERMAINE NEWMAN,<br>FRANK LOBATOS,<br>RICHARD O'CONNELL,<br>KRISLEN BRIDGES, AND<br>MEUY LAI SAECHAO,<br><br>Defendants. | CASE NUMBERS: 2:14-MJ-0149, 2:14-SW-0423 KJN, AND 2:14-SW-0424<br><br>PETITION AND [PROPOSED] ORDER TO UNSEAL COMPLAINT, APPLICATION FOR SEARCH WARRANT, SEARCH WARRANTS AND AFFIDAVIT |

TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Olusere Olowoyeye, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On July 21, 2014, the Honorable Kendall J. Newman, issued orders sealing the complaint, application for search warrant, search warrants and affidavit in Case Numbers: 2:14-mj-0149, 2:14-sw-0423 and 2:14-sw-0424 until further order of the Court.

2. As of today, July 23, 2014, most of the defendants have been arrested and are facing federal

1

charges.

It is now necessary to unseal the complaint, application for search warrant, search warrants and affidavit referred to above so the defendants may be properly advised of the charges they are facing and the basis thereof.

THEREFORE, your petitioner prays that the court unseal the complaint, application for search warrant, search warrants and affidavit in Case Nos. 2:14-mj-0149, 2:14-sw-0423 and 2:14-sw-0424.

Dated: July 23, 2014

BENJAMIN B. WAGNER
United States Attorney

_/s/_

OLUSERE OLOWOYEYE
Assistant United States Attorney

## [PROPOSED] ORDER

IT IS SO FOUND AND ORDERED this 23rd day of July, 2014

THE HONORABLE KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2