UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 6, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
) Case No. 2:14CR00206-JAM-1
    Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
CORAL WILSON, )
)
    Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CORAL WILSON</u>, Case No. <u>2:14CR00206-JAM</u>, Charge <u>Title 21 USC §§ 846, 841 (a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $<u>50,000 (co-signed)</u>

        ✔    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

        ✔    (Other)    <u>With pretrial supervision and conditions of release as stated on the record in open court. Dft to be released on 1/8/15 at 9:00 am from USM to Pretrial Services Custody.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 6, 2015</u> at <u>10:00</u> am.

By <u>/s/ Dale A. Drozd</u>
Dale A. Drozd
United States Magistrate Judge