DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORAL WILSON, et al,<br><br>Defendant | Case No.: 2:14 CR 00206 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME  PERIODS UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER |

Plaintiff, United States of America, by and through its counsel of record OLUSERE OLOWOYEYE, and defendants, CORAL WILSON, by and through her counsel of record, DINA SANTOS, GLENN BARROWS, by and through his counsel of record, MICHAEL CHASTAINE, JERMAINE NEWMAN, by and through his counsel of record DANNY D. BRACE, JR., FRANK LOBATOS, by and through his counsel of record CHRISTOPHER COSCA, KRISLEN BRIDGES by and through her counsel of record, BENJAMIN D. GALLOWAY, RICHARD O'CONNELL by and through his counsel of record SHARI RUSK and MEUY LAI SAECHAO by and through her counsel of record, KRISTY KELLOGG hereby stipulate as follows:

1.	By previous order, this matter was set for status on February 3, 2015

2.	By this stipulation, the defendant now moves to continue the status conference

STIP AND ORDER TO EXTEND TIME - 1

until April 7, 2015 at 9:30 a.m., and to exclude time between February 3, 2015 and April 7, 2015 under Local Code T4.  Plaintiff does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a.    Defense counsel needs more time to consult with defendants regarding their case.

    b.    Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 3, 2015 to April 7, 2015, at 9:30 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date: 1-28-15                             By: /s/ Danny D. Brace, Jr.,
                                               DANNY D. BRACE, JR.,
                                               Attorney for
                                               Jermain Newman

Date: 1-28-15                             By: /s/ Dina Santos          ,
                                               Authorized to sign for Ms. Santos
                                               On January 28, 2015
                                               Attorney for
                                               Coral Wilson

Date: 1-28-15                             By: /s/ Michael Chastaine           ,
                                               Authorized to sign for Mr. Chastaine
                                               On January 28, 2015
                                               Attorney for
                                               Glenn Barrows

Date: 1-28-15                             By: /s/ Christopher Cosca          ,
                                               Authorized to sign for Mr. Cosca
                                               On January 28, 2015
                                               Attorney for
                                               Frank Lobatos

Date: 1-28-15                             By: /s/ Benjamin D. Galloway            ,
                                               Authorized to sign for Mr. Galloway
                                               On January 28, 2015
                                               Attorney for
                                               Krislen Bridges

Date: 1-28-15                             By: /s/ Shari Rusk         ,
                                               Authorized to sign for Ms. Rusk
                                               On January 28, 2015
                                               Attorney for
                                               Richard O'Connell

Date: 1-28-15                             By: /s/ Kristy Kellogg          ,
                                               Authorized to sign for Ms. Kellogg
                                               On January 28, 2015
                                               Attorney for
                                               Meuy Lai Saechao

STIP AND ORDER TO EXTEND TIME - 3

Date:   1-28-15                                             By:/s/ Olusere Olowoyeye
                                                            Authorized to sign for Mr.
                                                            Olowoyeye
                                                            On January 28, 2015
                                                            Olusere Olowoyeye
                                                            Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated:  1/28/2015**

                                    /s/ John A. Mendez
                                    Honorable JOHN A. MENDEZ
                                    U. S. District Court Judge

STIP AND ORDER TO EXTEND TIME - 4