Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR.S. 14-206 JAM |
| Plaintiff, | STIPULATION & ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court: Hon. Judge John A. Mendez |
| | Date: May 12, 2015 |
| Richard O'Connell, | Time: 9:15 a.m. |
| Defendant. | |

   Plaintiff, United States of America, by and through its counsel of record Olusere Olowoyeye, and defendants, Coral Wilson, Glenn Barrows, Jermaine Newman, Frank Lobatos, Krislen Bridges, Meuy Lai Saechao and Richard O'Connell by and through their undersigned counsel of record hereby stipulate as follows:

   1. By previous order, this matter was set for April 7, 2015

   2. By this stipulation, the defendant now moves to continue the status conference until May 12, 2015 at 9:15 a.m. and to exclude time between April 7th, 2015 and May 12, 2015 under local code T4.  Plaintiff does not oppose this request.

   3. The parties agree and stipulate, and request that the Court find the following:

1      a.  Defense counsel needs more time to consult with defendants
2          regarding their case.
3      b. Counsel for the defendants believe that failure to grant
4          the above requested continuance would deny them reasonable
5          time necessary for effective preparation, taking into
6          account the exercise of due diligence.
7      c. The government does not object to the continuance.
8      d. Based on the above stated findings, the ends of justice
9          served by continuing the case as requested outweigh the
10         interest of the public and the defendants in a trial within
11         the original date prescribed by the Speedy Trial Act.
12     e. For the purpose of computing time under the Speedy Trial
13         Act, 18 U.S.C. 3161, et. seq., within which trial must
14         commence, the time period of April 7, 2015 to May 12, 2015
15         inclusive, is deemed excludable pursuant to 18 U.S.C.
16         3161(h)(7)(A), B(iv)[Local Code T4] because it results from
17         a continuance granted by the Court at defendants request on
18         the basis of the Court's finding that the ends of justice
19         served by taking such action outweigh the best interest of
20         the public and the defendants in a speedy trial.
21   4. Nothing in this stipulation and order shall preclude a finding
22      that other provisions of the Speedy Trial Act dictate that
23      additional time periods are excludable from the period within
24      which a trial must commence.

Dated: April 3, 2015            Respectfully submitted,


                                __/s/ Shari Rusk___
                                Shari Rusk

-2-

```
                                Attorney for Defendant
                                Richard O'Connell


                                /s/ Danny Brace, Jr.
                                Attorney for Jermain Newman


                                /s/ Dina Santos
                                Attorney for Coral Wilson

                                /s/ Michael Chastaine
                                Attorney for Glenn Barrows

                                /s/ Chris Cosca
                                Attorney for Frank Lobatos

                                /s/ Benjamin Galloway
                                Attorney for Krislen Bridges

                                /s/ Kristy Kellog
                                Attorney for Meuy Lai Saechao

                                By: Olusere Olowoyeye
                                    Olusere Olowoyeye
                                Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

DATED: 4/3/2015

/s/ John A. Mendez_____

Hon. Judge John A. Mendez
United States District Court

-3-