Chris Cosca, Bar No. 144546
Law Offices of Chris Cosca
1007 7th Street, Suite 210
Sacramento, California 95814
Tel: (916) 440-1010

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No. 2:14-CR-00206 JAM |
|---|---|
| Plaintiff, | ) STIPULATION & ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court:  Hon. Judge John A. Mendez<br>) Date:   July 21, 2015<br>) Time:   9:15 a.m. |
| Coral Wilson, et al., | ) |
| Defendants. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record Jill Thomas, and defendants, Coral Wilson, Glenn Barrows, Jermaine Newman, Frank Lobatos, Krislen Bridges, Meuy Lai Saechao and Richard O'Connell by and through their undersigned counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for July 21, 2015.

2. By this stipulation, the defendants now move to continue the status conference until October 13, 2015 at 9:15 a.m., and to exclude time between July 21, 2015 and October 13, 2015 under local code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Defense counsel need more time to consult with defendants regarding their case. Thus far, this matter involves over 4000 pages of discovery.

b. Counsel for the defendants believe that failure to grant the above requested continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a speedy trial.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et. seq., within which trial must commence, the time period of July 21, 2015 to October 13, 2015 inclusive, is deemed excludable pursuant to 18 U.S.C. 3161(h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

**IT IS SO STIPULATED.**

Dated: July 17, 2015                     _/s/ Shari Rusk___
                                         Shari Rusk
                                         Attorney for Richard O'Connell

                                         /s/ Danny Brace, Jr.
                                         Attorney for Jermain Newman

                                         /s/ Dina Santos
                                         Attorney for Coral Wilson

                                         /s/ Michael Chastaine
                                         Attorney for Glenn Barrows

                                         /s/ Chris Cosca
                                         Attorney for Frank Lobatos

                                         /s/ Benjamin Galloway
                                         Attorney for Krislen Bridges

                                         /s/ Kristy Kellog
                                         Attorney for Meuy Lai Saechao

                                         /s/ Jill Thomas
                                         Assistant United States Attorney


                                         **ORDER**


     IT IS SO ORDERED.

DATED: 7/17/15


                                         /s/ John A. Mendez_____
                                         Hon. Judge John A. Mendez
                                         United States District Court Judge