1

Dina L. Santos, SBN 204200
A Professional Law Corporation

2

428 J Street, Suite 359
Sacramento, CA 95814

3

Telephone:  (916) 447-0160
Facsimile:  (916) 447-2988

4

5

Attorney for:
CORAL WILSON

6

IN THE UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  14-206 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 12/1/15 AT 9:15 A.M. |
| v. | |
| CORAL WILSON, JERMAINE NEWMAN, FRANK LOBATOS. | |
| Defendants | |

10

11

12

13

14

15

**STIPULATION**

16

Plaintiff United States of America, by and through its counsel of record, and Defendant Coral

17

Wilson, represented by Attorney Dina Santos; Defendant Jermaine Newman, represented by Attorney

18

Danny Brace; Defendant Frank Lobatos, represented by Attorney Chris Cosca, hereby stipulate as

19

follows:

20

1.      By previous order, this matter was set for status on October 20, 2015.

21

2.      By this stipulation, defendant now moves to continue the status conference until

22

December 1, 2015, and to exclude time between October 20, 2015, and December 1, 2015, under Local

23

Code T4.  Plaintiff does not oppose this request.

24

3.      The parties agree and stipulate, and request that the Court find the following:

25

a)      Counsel for defendants desire additional time to review discovery, continue to

26

conduct investigation, and to otherwise prepare for trial.  All Counsel are in negotiations but

27

need additional time to finalize those negotiations, review plea agreements and discuss the

28

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

1  consequences of the respective plea agreements.

2          b)      Counsel for defendants believe that failure to grant the above-requested

3  continuance would deny them the reasonable time necessary for effective preparation, taking into

4  account the exercise of due diligence.

5          c)      The government does not object to the continuance.

6          d)      Based on the above-stated findings, the ends of justice served by continuing the

7  case as requested outweigh the interest of the public and the defendant in a trial within the

8  original date prescribed by the Speedy Trial Act.

9          e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10  et seq., within which trial must commence, the time period of October 20, 2015, to December 1 ,

11  2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

12  T4] because it results from a continuance granted by the Court at defendant's request on the basis

13  of the Court's finding that the ends of justice served by taking such action outweigh the best

14  interest of the public and the defendant in a speedy trial.

15      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

16  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

17  must commence.

18      IT IS SO STIPULATED.

19

20

21  Dated:  October 13 2015                    BENJAMIN B. WAGNER
                                               United States Attorney
22

23                                            /s/ Jill Thomas
                                              JILL THOMAS
24                                            Assistant United States Attorney

25

26  Dated:  October 13, 2015                  /s/   Dina L. Santos
                                              DINA L. SANTOS, ESQ.
27                                            Attorney for CORAL WILSON

28

Stip. & [Proposed] Order Continuing Status Conf. &          2
Excluding Time Periods Under Speedy Trial Act

1

2     Dated:  Oct. 13, 2015                          /s/   Danny Brace
                                                     DANNY BRACE, ESQ.
3                                                    Attorney for JERMAINE NEWMAN

4

5

6     Dated:  Oct. 13, 2015                          /s/   Chris Cosca
                                                     CHRIS COSCA, ESQ.
7                                                    Attorney for Frank Lobatos

8

9     _____

10

11    ////

12    ///

13    //

14    /

15                            **ORDER**

16        IT IS SO FOUND AND ORDERED this 13th  day of October,  2015

17                                          /s/ John A. Mendez

18                                          _____

19                                          HON. JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28

Stip. & [Proposed] Order Continuing Status Conf. &            3
Excluding Time Periods Under Speedy Trial Act