1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  428 J Street, Suite 359
   Sacramento, CA 95814
3  Telephone:  (916) 447-0160
   Facsimile:   (916) 447-2988
4

5  Attorney for:
   CORAL WILSON
6
                    IN THE UNITED STATES DISTRICT COURT
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,              CASE NO.  14-206 JAM

                            Plaintiff,     STIPULATION REGARDING EXCLUDABLE
11                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
                                           FINDINGS AND ORDER TO CONTINUE CASE
12              v.                         TO 2/9/16 AT 9:15 A.M.

    CORAL WILSON,
13  JERMAINE NEWMAN,

14                          Defendants

15
                                    STIPULATION
16
          Plaintiff United States of America, by and through its counsel of record, Jill Thomas, and
17
    Defendant Coral Wilson, represented by Attorney Dina Santos; Defendant Jermaine Newman,
18
    represented by Attorney Danny Brace; hereby stipulate as follows:
19
          1.      By previous order, this matter was set for status on December 1, 2015.
20
          2.      By this stipulation, defendant now moves to continue the status conference until February
21
    9, 2016 at 9:15 a.m., and to exclude time between December 1, 2015, and February 9, 2016, under Local
22
    Code T4.  Plaintiff does not oppose this request.
23
          3.      The parties agree and stipulate, and request that the Court find the following:
24
               a)      Counsel for defendants desire additional time to review discovery, continue to
25
    conduct investigation, and to otherwise prepare for trial.  Counsel for Defendant Wilson has
26
    provided investigation and discovery to the Government that needs to be reviewed and will affect
27
    negotiations of possible settlement.  All Counsel are in negotiations but need additional time to
28

1  finalize those negotiations, review potential plea agreements and discuss the consequences of the

2  respective plea agreements.

3         b)    Counsel for defendants believe that failure to grant the above-requested

4  continuance would deny them the reasonable time necessary for effective preparation, taking into

5  account the exercise of due diligence.

6         c)    The government does not object to the continuance.

7         d)    Based on the above-stated findings, the ends of justice served by continuing the

8  case as requested outweigh the interest of the public and the defendant in a trial within the

9  original date prescribed by the Speedy Trial Act.

10         e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11  et seq., within which trial must commence, the time period of December 1 , 2015, to February 9,

12  2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13  T4] because it results from a continuance granted by the Court at defendant's request on the basis

14  of the Court's finding that the ends of justice served by taking such action outweigh the best

15  interest of the public and the defendant in a speedy trial.

16      4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

17  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18  must commence.

19      IT IS SO STIPULATED.

20

21

22  Dated:  November 16, 2015               BENJAMIN B. WAGNER
                                      United States Attorney

23

24                                        /s/ Jill Thomas

25                                        JILL THOMAS
                                      Assistant United States Attorney

26

27  Dated:  November 16, 2015               /s/   Dina L. Santos
                                      DINA L. SANTOS, ESQ.

28                                        Attorney for CORAL WILSON

1

2

3   Dated:  November 16, 2015                    /s/   Danny Brace

4                                                 DANNY BRACE, ESQ.
                                                  Attorney for JERMAINE NEWMAN
5

6

7

8                                                 _____

9

10

11   ////

12   ///

13   //

14   /

15                                   **ORDER**

16            IT IS SO FOUND AND ORDERED this 16th day of November, 2015

17

18                                                 /s/ John A. Mendez_____

19                                                 United States District Court Judge

20

21

22

23

24

25

26

27

28