Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
CORAL WILSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>CORAL WILSON,<br>JERMAINE NEWMAN,<br><br>               Defendants | CASE NO. 14CR206 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 4/12/16 AT 9:15 A.M. |
|---|---|

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Jill Thomas, and Defendant Coral Wilson, represented by Attorney Dina Santos; Defendant Jermaine Newman, represented by Attorney Danny Brace; hereby stipulate as follows:

1. By previous order, this matter was set for status on February 9, 2016.

2. By this stipulation, defendant now moves to continue the status conference until April 12, 2016 at 9:15 a.m., and to exclude time between February 9, 2016, and April 12, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants desire additional time to negotiate with the Government, review discovery, continue to conduct investigation, and to otherwise prepare for trial. The Government is following up on discovery provided by the Defense. All Counsel are in negotiations but need additional time to finalize those negotiations, review potential plea

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

agreements and discuss the consequences of the respective plea agreements.

b) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 9, 2016, to April 12, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 4, 2016                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Jill Thomas
                                            JILL THOMAS
                                            Assistant United States Attorney


Dated:  February 4, 2016                    /s/   Dina L. Santos
                                            DINA L. SANTOS, ESQ.
                                            Attorney for CORAL WILSON

Dated: February 4, 2016                    /s/   Danny Brace
                                           DANNY BRACE, ESQ.
                                           Attorney for JERMAINE NEWMAN

**ORDER**

IT IS SO FOUND AND ORDERED this 4th day of February, 2016

                                           /s/ John A. Mendez

                                           _____
                                           HON. JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE