1   Dina L. Santos, SBN 204200
    A Professional Law Corporation
2   428 J Street, Suite 359
    Sacramento, CA 95814
3   Telephone:  (916) 447-0160
    Facsimile:  (916) 447-2988
4

5   Attorney for:
    CORAL WILSON
6
                       IN THE UNITED STATES DISTRICT COURT
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9
    UNITED STATES OF AMERICA,                CASE NO.  14-206 JAM
10
                              Plaintiff,     STIPULATION REGARDING EXCLUDABLE
11                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
                         v.                  FINDINGS AND ORDER TO CONTINUE CASE
12                                           TO 10/25/16 AT 9:15 A.M.
    CORAL WILSON,
13
                              Defendants
14

15                                    **STIPULATION**

16        Plaintiff United States of America, by and through its counsel of record, Paul Hemesath and

17   Defendant Coral Wilson, represented by Attorney Dina Santos hereby stipulate as follows:

18        1.    By previous order, this matter was set for status on October 11, 2016.

19        2.    By this stipulation, defendant now moves to continue the status conference until October

20   25, 2016 at 9:15 a.m., and to exclude time between October 11, 2016, and October 25, 2016, under

21   Local Code T4.  Plaintiff does not oppose this request.

22        3.    The parties agree and stipulate, and request that the Court find the following:

23        a)    Counsel for defendants desire additional time to finalize a plea agreement, and to

24   otherwise prepare for trial.  Counsel for defendants believe that failure to grant the above-

25   requested continuance would deny them the reasonable time necessary for effective preparation,

26   taking into account the exercise of due diligence.

27        b)    The government does not object to the continuance.

28        c)    Based on the above-stated findings, the ends of justice served by continuing the

     Stip. & [Proposed] Order Continuing Status Conf. &          1
     Excluding Time Periods Under Speedy Trial Act

1    case as requested outweigh the interest of the public and the defendant in a trial within the

2    original date prescribed by the Speedy Trial Act.

3         d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

4    et seq., within which trial must commence, the time period of October 11, 2016, to October 25,

5    2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

6    T4] because it results from a continuance granted by the Court at defendant's request on the basis

7    of the Court's finding that the ends of justice served by taking such action outweigh the best

8    interest of the public and the defendant in a speedy trial.

9         4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

10   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

11   must commence.

12        IT IS SO STIPULATED.

13

14

15   Dated:  October 5, 2016                         Phillip Talbert
                                                     United States Attorney
16

17                                                    /s/ Paul Hemesath
                                                     PAUL HEMESATH
18                                                   Assistant United States Attorney

19

20   Dated:  October 5, 2016                         /s/   Dina L. Santos
                                                     DINA L. SANTOS, ESQ.
21                                                   Attorney for CORAL WILSON

22

23

24   ////

25   ///

26   //

27   /

28

Stip. & [Proposed] Order Continuing Status Conf. &              2
Excluding Time Periods Under Speedy Trial Act

1

**ORDER**

2

3            IT IS SO FOUND AND ORDERED this 7th day of October,  2016

4                                                      /s/ John A. Mendez

5

6                                      HON. JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. & [Proposed] Order Continuing Status Conf. &              3
Excluding Time Periods Under Speedy Trial Act