Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
CORAL WILSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CORAL WILSON,<br><br>　　　　　　　　　　Defendants | CASE NO. 14-206 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 11/1/16 AT 9:15 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Paul Hemesath and Defendant Coral Wilson, represented by Attorney Dina Santos hereby stipulate as follows:

1.　By previous order, this matter was set for status on October 25, 2016.

2.　By this stipulation, defendant now moves to continue the status conference until November 1, 2016, and to exclude time between October 25, 2016, and November 1, 2016, under Local Code T4. Plaintiff does not oppose this request. It is anticipated that Ms. Wilson will be prepared to change her plea on November 1, 2016.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　Counsel for Defendant needs additional time meet with client explain consequences of the plea agreement, and to otherwise prepare for trial. Counsel for Defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

　　b)　The government does not object to the continuance.

Stip. & [Proposed] Order Continuing Status Conf. &　　　1
Excluding Time Periods Under Speedy Trial Act

   c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 25, 2016, to November 1, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 17, 2016        Phillip Talbert
                  United States Attorney

                  /s/ Paul Hemesath
                  PAUL HEMESATH
                  Assistant United States Attorney

Dated:  October 17, 2016        /s/   Dina L. Santos
                  DINA L. SANTOS, ESQ.
                  Attorney for CORAL WILSON

////

///

//

/

**ORDER**

IT IS SO FOUND AND ORDERED this 17th day of October, 2016

/s/ John A. Mendez

---

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE