1   Dina L. Santos, SBN 204200
    A Professional Law Corporation
2   428 J Street, Suite 359
    Sacramento, CA 95814
3   Telephone:  (916) 447-0160
    Facsimile:   (916) 447-2988
4

5   Attorney for:
    CORAL WILSON
6
                    IN THE UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
    UNITED STATES OF AMERICA,              CASE NO.  14-206 JAM
10
                           Plaintiff,      STIPULATION REGARDING EXCLUDABLE
11                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
                    v.                      FINDINGS AND ORDER TO CONTINUE CASE
12                                          TO 11/15/16 AT 9:15 A.M.
    CORAL WILSON,
13
                           Defendants
14

15                              **STIPULATION**

16         Plaintiff United States of America, by and through its counsel of record, Paul Hemesath and

17   Defendant Coral Wilson, represented by Attorney Dina Santos hereby stipulate as follows:

18         1.       By previous order, this matter was set for status on November 1, 2016.

19         2.       By this stipulation, defendant now moves to continue the status conference until

20   November 15, 2016 at 9:15 a.m., and to exclude time between November 1, 2016, and November 15,

21   2016, under Local Code T4.  Plaintiff does not oppose this request.  It is anticipated that Ms. Wilson will

22   be prepared to change her plea on November 15, 2016.

23         3.       The parties agree and stipulate, and request that the Court find the following:

24              a)        Counsel for Defendant needs additional time meet with client explain

25   consequences of the plea agreement, and to otherwise prepare for trial.  Counsel for Defendant

26   believe that failure to grant the above-requested continuance would deny them the reasonable

27   time necessary for effective preparation, taking into account the exercise of due diligence.

28              b)        The government does not object to the continuance.

Stip. & [Proposed] Order Continuing Status Conf. &         1
Excluding Time Periods Under Speedy Trial Act

1    c)    Based on the above-stated findings, the ends of justice served by continuing the

2    case as requested outweigh the interest of the public and the defendant in a trial within the

3    original date prescribed by the Speedy Trial Act.

4    d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

5    et seq., within which trial must commence, the time period of November 1, 2016, to November

6    15, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

7    Code T4] because it results from a continuance granted by the Court at defendant's request on

8    the basis of the Court's finding that the ends of justice served by taking such action outweigh the

9    best interest of the public and the defendant in a speedy trial.

10    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

11    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

12    must commence.

13    IT IS SO STIPULATED.

14

15

16    Dated:  October 31, 2016                    Phillip Talbert
                                                  United States Attorney
17

18                                                 /s/ Paul Hemesath
                                                  PAUL HEMESATH
19                                                Assistant United States Attorney

20

21    Dated:  October 31, 2016                    /s/  Dina L. Santos
                                                  DINA L. SANTOS, ESQ.
22                                                Attorney for CORAL WILSON

23

24

25    ////

26    ///

27    //

28    /

Stip. & [Proposed] Order Continuing Status Conf. &          2
Excluding Time Periods Under Speedy Trial Act

1

2                              **ORDER**

3

4        IT IS SO FOUND AND ORDERED this 31st  day of October,  2016

5                                          /s/ John A. Mendez

6                                          _____

7                                          HON. JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28