Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorneys for:
Coral Wilson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CORAL WILSON,<br>　　　　　　　　　Defendant. | CASE NO. CRS -14-00206 JAM<br><br>STIPULATION AND ORDER RESETTING J&S TO APRIL 4, 2017 |

**STIPULATION**

　　1.　It is hereby stipulated by and between Assistant United States Attorney PAUL HEMESATH, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CORAL WILSON, that the current date scheduled for March 28, 2017, be vacated and the matter be continued to this Court's criminal calendar on April 4, 2017 at 9:15 a.m. for Judgment and Sentencing. The Probation Office has been notified of the new date.

　　IT IS SO STIPULATED.

Dated: March 22, 2017　　　　　　　　　　　PHILLIP TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　/s/ Paul Hemesath
　　　　　　　　　　　　　　　　　　　　　　PAUL HEMESATH
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: March 22, 2017　　　　　　　　　　　/s/  Dina L. Santos
　　　　　　　　　　　　　　　　　　　　　　DINA SANTOS, ESQ.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Coral Wilson

Stip. & [Proposed] Order Continuing J&S　　　　1

**ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of March, 2017

/s/ John A. Mendez

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE